[No. 22533-2-I.   Division One.   July 3, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. JACK MEMPA, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 84-1-01160-9, Arthur E. Piehler, J., entered June 23, 1988. *Dismissed* by unpublished per curiam opinion.

[No. 22429-8-I.   Division One.   July 3, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. RICHARD M. BOWMAN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 88-1-00166-5, John M. Darrah, J., entered June 1, 1988. *Dismissed* by unpublished per curiam opinion.

[No. 21612-1-I.   Division One.   July 3, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. LEIGHTON J. DUPREE, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 86-1-01456-6, James J. Dore, J., entered November 3, 1987. *Dismissed* by unpublished per curiam opinion.

[No. 11008-3-II.   Division Two.   July 3, 1989.]

VIOLETTE K. MCCARVER, *Individually and as Administratrix, Respondent,* v. BARTHOLOMEW KUBAT, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Pierce County, No. 86-2-00057-2, Arthur W. Verharen, J., entered May 15, 1987. *Reversed* by unpublished opinion per Petrich, J., concurred in by Alexander, C.J., and Reed, J.